Ebony Malone
16430 Park Lake Rd Lot 6
East Lansing, MI 48823
(248) 470-3289
malone.ebony@yahoo.com
Date: March 17, 2026

Rec# 106001

**Case: 2:26-mc-50412**
**Assigned To : Parker, Linda V.**
**Assign. Date : 4/16/2026**
**IN RE: EBONY MALONE (CMC)**

Clerk of Court
United States District court
Eastern District of Michigan
231 w Lafayette Blvd, Room 527
Detroit, MI 48226

**Re: Filing of Pro Se Motion for Return of Property Under Rule 41(g) Dear Clerk of Court**

Dear Clerk of court,

Please find enclosed my Motion for Return of Property pursuant to Federal Rule of Criminal Procedure 41(g), along with supporting exhibits, affidavit of ownership, and certificate of service.

I have been attempting to locate and recover my jewelry for almost 3 years with no notice or explanation provided by any federal agency. The US marshals have acknowledged possession of the jewelry, yet it was never included in any indictment, forfeiture proceedings or seizure inventory.

I am representing myself (pro se) and respectfully request that the docket this filing under case 24-31916-NC

**Enclosers:**

1. Motion for return of property (Rule 41(g))
2. Exhibits A-C
3. Certificate of service

Respectfully

Ebony Malone

3/30/26

Ebony Malone
16430 Park Lake Rd Lot 6
East Lansing, MI 48823
 (248) 470-3289
malone.ebony@yahoo.com
Date: March 17, 2026

Clerk of Court
United States District court
Eastern District of Michigan
231 w Lafayette Blvd, Room 527
Detroit, MI 48226

# **EXHIBIT A**

# **Motion for return of property Affidavit,**

# **Certificate of Service**

Ebony Malone
16430 Park Lake Rd Lot 6
East Lansing, MI 48823
(248) 470-3289
malone.ebony@yahoo.com
Date: March 17, 2026

Clerk of Court
United States District court
Eastern District of Michigan
231 w Lafayette Blvd, Room 527
Detroit, MI 48226

UNITED STATES EASTERN DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN UNITED STATES OF AMERICA v. EDWARD WASHINGTON Case No.: 1:21-CR-153-PLM

## MOTION FOR RETURN OF PROPERTY PURSUANT TO RULE 41(g)

COMES NOW Ebony Malone and respectfully moves for return of property seized by the Drug Enforcement Administration (DEA).

1. All charges against me were dismissed and I was not convicted.

2. DEA seized personal jewelry belonging to me.

3. Property includes custom gold and diamond jewelry items of substantial value.

4. I am the rightful owner supported by appraisals and insurance coverage totaling approximately $34,289.

5. The property was never listed in any forfeiture proceeding and I never received notice.

6. Continued retention violates my due process rights.

7. The case has concluded and property is no longer needed as evidence.

**RELIEF REQUESTED**: Return of property OR monetary compensation equal to its value.

Respectfully Submitted,

Ebony Malone

# UNITED STATES DISTRICT COURT

# WESTERN DISREICT OF MICHIGAN

# AFFIDAVID OF OWNERSHIP

I, Ebony Malone, of 16430 Park Lake Rd Lot 6, East Lansing, MI 48823, being duly sworn, depose and state as follows:

1. I was named as a co-defendant in the case of United States v. Edward Washington, Case No. 1:21-CR-153-PLM, in the U.S. District Court for the Western District of Michigan. However, all charges against me were dismissed, and I was not convicted of any offense.

2. I am the lawful owner of the following items of jewelry seized by the Drug Enforcement Administration during the investigation of this case:

- Custom charm "Scrooge McDuck": 114 grams of 10K yellow gold, 75mm (left to right) by 80mm (top to bottom), containing 1,050 VS1 quality F color diamonds totaling 16.85 carats and 1,423 black diamonds totaling 22.41 carats.

- 24-inch 10K yellow gold diamond-cut rope chain weighing 98.5 grams.

- Custom charm "McQuack": 139 grams of 10K yellow gold, 75mm (top to bottom) by 87mm (left to right), containing 91 black diamonds totaling 14 carats.

3. I acquired these items lawfully prior to their seizure and have documentation including appraisals, insurance coverage, and purchase receipts.

4. These items were not included in any forfeiture order or final judgment related to this case, and I was never served with any notice of forfeiture.

5. As the legal and rightful owner — and having not been convicted of any crime — I respectfully request that the above-listed property be returned to me immediately.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 3RD DAY OF AUGUST, 2025.

Ebony Malone

STATE OF MICHIGAN

COUNTY OF _Ingham_

Subscribed and sworn to before me this 3rd day of _Aug_ , 2025.

_____

Notary Public

My Commission Expires: _3/31/2030_

Richard Lee Riemersma
Notary Public - State of Michigan
County of Livingston
My Commission Expires 03/31/2030
Acting in the County of Ingham

Ebony Malone
16430 Park Lake Rd Lot 6
East Lansing, MI 48823
 (248) 470-3289
malone.ebony@yahoo.com
Date: March 17, 2026

Clerk of Court
United States District court
Eastern District of Michigan
231 w Lafayette Blvd, Room 527
Detroit, MI 48226

# EXHIBIT B

# DEA FOIA/Privacy Act Correspondence



**U.S. Department of Justice**
Drug Enforcement Administration
FOIA and Privacy Act Unit
8701 Morrissette Drive
Springfield, VA  22152

July 15, 2025

Case Number: 25-01623-F

Ebony Malone
16430 Parklake Road Lot 6
East Lansing, Michigan 48823

Dear Ebony Malone:

This letter responds to your enclosed Freedom of Information Act/Privacy Act (FOIA/PA) request dated June 20, 2025, addressed to the Drug Enforcement Administration (DEA), FOIA/PA Unit.

To the extent that non-public responsive records exist, without consent, proof of death (*e.g.,* a copy of a death certificate or an obituary), or an overriding public interest, disclosure of law enforcement records concerning an individual could reasonably be expected to constitute an unwarranted invasion of personal privacy. *See* 5 U.S.C. § 552(b)(7)(C).  Because any non-public records responsive to your request would be categorically exempt from disclosure, this office is not required to conduct a search for the requested records.  Please be advised that for the exemption cited, it is reasonably foreseeable that disclosure of the information withheld would harm the interests protected by this exemption.

You may contact our FOIA Public Liaison at (571) 776-2300 for any further assistance and to discuss any aspect of your request.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

If you are not satisfied with DEA's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked

Case Number: 25-01623-F                                                    Page 2

"Freedom of Information Act Appeal." If possible, please provide a copy of your original request and this response letter with your appeal.

If you have any questions regarding this letter, you may contact our Requester Service Center at (571) 776-2300.

Sincerely,

ANGELA     Digitally signed by
           ANGELA DAVIS
DAVIS

Angela C. Davis, Unit Chief
FOIA and Information Law Section
Freedom of Information and Privacy Act Unit
Office of Chief Counsel
Drug Enforcement Administration

Enclosure

Ebony Malone
16430 Park Lake Rd Lot 6
East Lansing, MI 48823
 (248) 470-3289
malone.ebony@yahoo.com
Date: March 17, 2026

Clerk of Court
United States District court
Eastern District of Michigan
231 w Lafayette Blvd, Room 527
Detroit, MI 48226

# EXHIBIT C

# Demand letter to US Marshalls

EBONY MALONE
16430 PARKLAKE RD LOT 6
EAST LANSING, MI 48823
(248) 470-3289
June 20, 2025
RE: **Request for Return of Seized Jewelry – EDWARD WASHINGTON Case# 1:21-mj-401**

To Whom It May Concern,

I am writing to formally request the return of personal property seized by the Drug Enforcement Administration in connection with a criminal investigation involving Edward Washington under federal Case number 1:21-mj-401, around or about June 2022, who has since been sentenced in federal court. I am requesting the DEA case number related to this incident, the name and contact info of the lead case agent, any property inventory or records referencing jewelry seized during this arrest

The property in question is as follow... **10k Yellow Gold Scrooge Charm, 10k Yellow Gold McQuack Charm, and a 24inch Yellow Gold Rope** I am the legal owner of the seized property and I have recently confirmed through the U.S. Marshals Service that this jewelry was seized by the DEA and held as evidence. I was never notified of the seizure, and the jewelry was not subject to forfeiture nor listed in any forfeiture notice, indictment, or sentencing order.

As the legal owner and lawful claimant, I respectfully request the **immediate return** of this property. I am prepared to provide documentation to verify ownership if required. Please inform me of the process and any documentation you may need to proceed with the release. If the DEA no longer has custody of the jewelry, please advise where the property has been transferred and who I should contact.

I would appreciate a written response within **14 business days**. If I do not receive a response, I will seek relief through the federal court under Rule 41(g) of the Federal Rules of Criminal Procedure. Thank you for your attention to this matter.

Sincerely,

6/20/25

Ebony Malone

Ebony Malone
16430 Park Lake Rd Lot 6
East Lansing, MI 48823
(248) 470-3289
malone.ebony@yahoo.com
Date: March 17, 2026

Clerk of Court
United States District court
Eastern District of Michigan
231 w Lafayette Blvd, Room 527
Detroit, MI 48226

# EXHIBIT D

# Appraisal Paperwork, Insurance showing ownership of jewelry

# CHRONOTECH SWISS

29548 Northwestern highway Southfield MI. 48034   248-595-8502

## APPRAISAL CERTIFICATE

**Date:**September 10, 2020

To whom it may concern:
We have on this date appraised the following items for:

**EDWARD  WASHINGTON**
**EBONY MALONE**
4011 WOOD CREEK LANE
LANSING   MI   48911

In making this appraisal, we do not agree to purchase or replace the articles.
We estimate the value at the present current market to be as follows.

In our opinion, the quality and value of the diamond(s) is to be described as follows:

This is an appraisal for a custom charm Launchpad McQuack made in 10k yellow gold   139grams  and
**91 black diamonds totalling  14carats**
**75mm top to bottom    and 87mm left to right**



Evaluation:     $13,500

Chronotech Swiss  appraises jewelry for insurance purposes only. The company assumes no responsibility for variations in the value of appraisal items resulting from changes in market conditions. The company's appraisals are in no way to be constructed as providing a basis for establishing values of the items appraised. Chronotech Swiss will not take part in any legal action regarding this appraisal

Chronotech Swiss Signed _____

# CHRONOTECH SWISS

29548 Northwestern highway Southfield MI. 48034  248-595-8502

## APPRAISAL CERTIFICATE

**Date:**September 10, 2020

To whom it may concern:
We have on this date appraised the following items for:

**EDWARD  WASHINGTON**
**EBONY MALONE**
4011 WOOD CREEK LANE
LANSING   MI  48911

In making this appraisal, we do not agree to purchase or replace the articles.
We estimate the value at the present current market to be as follows.

In our opinion, the quality and value of the diamond(s) is to be described as follows:

THIS IS AN APPRAISAL   24 INCH    10K YELLOW GOLD DIAMOND CUT ROPE CHAIN 98.5 GRAMS



Evaluation:     $5,250.00

Chronotech Swiss  appraises jewelry for insurance purposes only. The company assumes no responsibility for variations in the
value of appraisal items resulting from changes in market conditions. The company's appraisals are in no way to be constructed as
providing a basis for establishing values of the items appraised. Chronotech Swiss will not take part in any legal action regarding
this appraisal.

Chronotech Swiss Signed _____

# CHRONOTECH SWISS

29548 Northwestern highway Southfield MI. 48034  248-595-8502

## APPRAISAL CERTIFICATE

**Date:**AUGUST 13, 2020

To whom it may concern:
We have on this date appraised the following items for:

**EDWARD  WASHINGTON**
**EBONY MALONE**
4011 WOOD CREEK LANE
LANSING    MI   48911

In making this appraisal, we do not agree to purchase or replace the articles.
We estimate the value at the present current market to be as follows.

In our opinion, the quality and value of the diamond(s) is to be described as follows:

This is an appraisal for a custom charm scrooge mcduck   114 GRAMS 10K YELLOW GOLD  75MM LEFT TO RIGHT  80MM  TOP TO BOTTOM.  1050 DIAMONDS HAND SET  TOTALLING   16.85CARATS  OF VS1 QUALITY F COLOR DIAMONDS AND  1423 STONES HAND SET  TOTALLING 22.41 CARATS OF BLACK DIAMONDS.



Evaluation:      $33,550

Chronotech Swiss  appraises jewelry for insurance purposes only. The company assumes no responsibility for variations in the value of appraisal items resulting from changes in market conditions. The company's appraisals are in no way to be constructed as providing a basis for establishing values of the items appraised. Chronotech Swiss will not take part in any legal action regarding this appraisal.

Chronotech Swiss Signed

**State Farm**

**State Farm Fire and Casualty Company**

PO Box 2356
Bloomington IL 61702-2356

H-04- 6537-FA6A     P     F

MALONE, EBONY
9 MARY DR
LANSING MI   48906-2312

Location:  Same as Mailing Address

**Forms, Options, and Endorsements**

| | |
|---|---|
| Personal Articles Policy | FP-7940.2 |
| Inflation Coverage | OPT   I |
| Amendatory Endorsement | FE-7628 |
| Suit or Action Extension | FE-5498.1 |
| Loss Settlement Endorsement | FE-3357 |

138-3076 I 8  10-11-2010  (o1f3089c)

**RENEWAL CERTIFICATE**

| POLICY NUMBER | 22-E2-V791-0 | |
|---|---|---|
| Personal Articles Policy
APR 20 2024 to APR 20 2025 | | |
| **DATE DUE** | **SEE BALANCE DUE NOTICE** | |
| APR 20 2024 | $509.00 | |

**Coverages and Limits**

| Class of Property | Amount of Insurance |
|---|---|
| * Jewelry | $34,289 |

*Inflation coverage applies

04  IPPD

| | |
|---|---|
| **Annual Premium** | $509.00 |
| **Amount Due** | $509.00 |

01

22-E2-V791-0

Inflation Coverage Index:   308.4

*Thanks for letting us serve you...*

0250     2011

E   H7.P7
010

**Agent** DAN KASISCHKE  CLU, CHFC
**Telephone** (517) 351-5600

REB

*Moving? See your State Farm agent.*
*See reverse for important information.*
Prepared
FEB 28 2024